

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
01/04/2017

| | | |
|---|---|---|
| IN RE: | § | |
| FRONTIER HOTELS, INC. | § | CASE NO: 16-34477 |
| Debtor(s) | § | |
| | § | CHAPTER 11 |

## ORDER TO SHOW CAUSE

The movant has failed to:

   X   File disclosure statement
   X   File plan
\_\_\_\_\_ Confirm plan
\_\_\_\_\_ File Monthly Operating Reports
\_\_\_\_\_ Pay post-petition taxes
\_\_\_\_\_ Pay the United States Trustee quarterly fees

The movant's failure to perform the listed tasks may warrant dismissal of the case under Bankruptcy Local Rule 1017, conversion of the case to Chapter 7, the imposition of sanctions against the movant and/or counsel, appointment of a trustee under 11 U.S.C. § 1104, or entry of a final decree closing the case if the plan has been confirmed.

It is **ORDERED** that movant's counsel appear and show cause why dismissal, conversion, monetary sanctions, appointment of a trustee, or entry of a final decree is/are not proper in this case.

The hearing will be held on: **January 30, 2017 at 10:30 a.m. at the U.S. Courthouse, Courtroom # 403, 515 Rusk St., Houston, Texas 77002.**

SIGNED: 01/04/2017.

Karen K. Brown
United States Bankruptcy Judge