

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
01/09/2017

| | |
|---|---|
| IN RE: § | |
| § | |
| FRONTIER HOTELS, INC. § | CASE NO. 16-34477 |
| TAX ID. NO. xxxxx6865 § | |
| § | |

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

**CAME ON FOR CONSIDERATION,** the *Limited Response to the Emergency Motion to Extend Time to File a Disclosure Statement and Plan and Motion to Withdraw as Counsel* filed by Counsel for the Debtor, James B. Jameson, and it appearing that the relief requested should in all things be GRANTED; it is therefore

ORDERED, ADJUDGED AND DECREED, that counsel for the Debtor, James B. Jameson is permitted to withdraw from any further representation of the Debtor; it is further,

ORDERED, ADJUDGED AND DECREED, that the withdrawal of Mr. Jameson is without prejudice to filing any further claims for compensation and reimbursement of expenses as may be appropriate.

Signed: January 06, 2017

_____
Karen K. Brown
United States Bankruptcy Judge