IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| FRONTIER HOTELS, INC., | § | CASE NO. 16-34477 |
| DEBTOR | § | (CHAPTER 11) |

## NOTICE OF RETURN OF RETAINER CHECK

COMES NOW American First National Bank ("AFNB"), secured creditor and party-in-interest, and provides this Notice of Returned Retainer Check.

1. By Check No. 2499 dated January 12, 2017, Chapter 11 Debtor Frontier Hotels, attempted to pay the Azhar Chaudhary Law Firm $5,000.00 as a post petition retainer. A true and correct copy of the check is attached.

2. As the check is drawn on an AFNB account, AFNB became aware of the check.

3. The Debtor's attempt to pay a post petition retainer violates Local Rule 2016-1(b) which provides:

> In chapter 11 cases, retainers may be deposited with attorneys or accountants only (i) prior to the filing of the petition; or (ii) pursuant to a Court order, if paid after the filing of the petition

4. Since this is a pending Chapter 11, payment of a retainer is only appropriate pursuant to Court Order. Frontier has not filed a request for a post-petition retainer, much less obtained approval for it to provide the Azhar Chaudhary Law Firm a post-petition retainer.

5. Moreover, the Azhar Chaudhary Law Firm has not filed a Motion to Substitute as Debtor's counsel, a Disclosure of Compensation or an Application to Employ. As a result, it is unclear what services the Azhar Chaudhary Law Firm purports to provide to the Debtor for the retainer.

6. Further, the attempted payment violates the terms of the Order Authorizing Use of Cash Collateral [Doc 19].

7. Lastly, the Debtor has wholly failed to comply with its administrative responsibility to file monthly operating reports. As a result, Frontier has failed to demonstrate that it has complied

with the terms of the Order Authorizing Use of Cash Collateral.  To gather information from the Debtor, contemporaneously with this filing, AFNB will be seeking documents from the Debtor pursuant to a document subpoena.

8. Because the attempted payment violates the Local Rules and the Order Authorizing Use of Cash Collateral and Azhar Chaudhary Law Firm has not filed a Motion to Substitute as Debtor's counsel, a Disclosure of Compensation or an Application to Employ, AFNB returned the retainer check unpaid.

9. AFNB respectfully submits this Notice to the Court and the parties-in-interest.

Respectfully submitted,

By: /s/ John Akard Jr.
**JOHN AKARD JR.** TBA #00790212
**COPLEN & BANKS, PC**
11111 McCracken, Suite A
Cypress, TX 77429
832-237-8600
832-202-2088 (fax)
ATTORNEYS FOR AMERICAN FIRST NATIONAL BANK

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Returned Retainer Check has been served on the parties listed below, by Electronic Submission (ECF) or U.S. mail, first class, postage prepaid, on January 18, 2017.

**Debtor:**
Frontier Hotels, Inc.
11230 Southwest Freeway
Houston, TX 77031

**Former Debtor's Counsel:**
James B. Jameson
PO Box 980575
Houston, TX 77098
jbjameson@jamesonlaw.net

**Debtor's Purported New Counsel:**
Azhar Mahmood Chaudhary
1208 Highway 6 South, Suite B
Sugar Land, TX 77478
attorney@chaudharyjd.com

**US Trustee:**
Stephen Statham
Office of the US Trustee
515 Rusk Ave, Ste 3516
Houston, TX 77002
stephen.statham@usdoj.gov

**Parties Requesting Notice:**
Tara L. Grundemeier
Linebarger Goggan Blair & Sampson
P.O. Box 3064
Houston, TX 77253-3064
houston_bankruptcy@publicans.com
Attorneys for Harris County

Owen M. Sonik
Perdue, Brandon, Fielder, Collins & Mott, LLP
1235 North Loop West, Suite 600
Houston, TX 77008
houbank@pbfcm.com
Attorneys for Alief Independent School District, City of Houston and International Management District

Jason A. Starks
Assistant Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, Texas 78711-2548
Jason.Starks@oag.texas.gov
Attorneys for the Texas Comptroller of Public Accounts

Mark W. Thayer
Transwestern Tower
1900 West Loop South, Suite 1000
Houston, TX 77027
mthayer@gordonrees.com
Attorneys for Choice Hotels International, Inc.

Howard Marc Spector
Spector & Johnson, PLLC
12770 Coit Road, Suite 1100
Dallas, Texas 75251
hmspector@spectorjohnson.com
Attorneys for Propel Financial Services, LLC; Propel Funding National 1,
LLC and PFS Tax Lien Trust 2014-1

Internal Revenue Service
P.O. Box 7346
Philadelphia PA 19101-7346

Toyota Motor Credit
c/o LynAlise K. Tannery
14841 Dallas Parkway, Suite 300
Dallas TX 75254
BkcyAttorneys@BuckleyMadole.com

Paramount Catastrophe Services
c/o Marc Lance Ellison
2211 Norfolk, Suite 510
Houston, TX 77098
mellison@tetlegal.com

**Parties Filing Proofs of Claim**

Harris County
Represented by Counsel

City of Houston
Represented by Counsel

Alief ISD
Represented by Counsel

International Management District
Represented by Counsel

By: /s/ John Akard Jr.