IN THE UNITD STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: | § |
| | § |
| FRONTIER HOTELS, INC., | §   CASE NO. 16-34477-H5-11 |
| Debtor-in-Possession | §            (CHAPTER 11) |
| | § |

NOTICE OF HEARING ON EMERGENCY MOTION TO RECONSIDER

PLEASE TAKE NOTICE that the Debtor-in-Possession Frontier Hotels, Inc.'s *Emergency Motion to Reconsider and Stay Order Granting Employing and Authorizing Payment of Manvinder Cheema as Manager of the Hotel* will be presented and heard on February 15, 2017 at 2:00 p.m. at 515 Rusk Street, Courtroom 403, Fourth Floor, Houston, Texas 77002.

By: */s/ Azhar Chaudhary*
Azhar M. Chaudhary,
Proposed Counsel for the Debtor
Texas Bar No.:  24082804
Federal Bar ID: 2032637
attorney@chaudharyjd.com
1208 Highway 6 South, Suite B
Sugar Land, Texas 77478
Telephone: (281) 265-1010
Facsimile: (281) 265-1011

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing instrument has been served on the parties listed below, by Electronic Submission (ECF) or U.S. mail, first class, postage prepaid, on February 14, 2017.

US Trustee
Ellen Hickman
Office of the US Trustee
515 Rusk Ave, Ste 3516
Houston, T X 77002

John Akard Jr. TBA #00790212
Coplen & Banks, PC
11111 McCracken, Suite A
Cypress, TX 77429
832-237-8600
832-202-2088 (fax)
Attorneys for American First National Bank

Tara L. Grundemeier
Linebarger Goggan B lair & Sampson
P.O. B ox 3064
Houston, T X 77253-3064
houston_bankruptcy@ publicans.com
Attorneys for Harris County

LynAlise K. Tannery
Michael J. Burns
Carlos R. Hernandez-Vivoni
Zachary Wright
Attorneys and Counselors
14841 Dallas Parkway, Suite 300
Dallas, Texas 75254
(972) 643-6600
(972) 643-6698 (Telecopier)
BkcyAttorneys@BuckleyMadole.com
Attorney for Toyota Motor Credit Corporation

Owen M. Sonik
Perdue, Brandon, Fielder, Collins & Mott, LLP
1235 North Loop West, Suite 600
Houston, T X 77008
houbank@ pbfcm .com
Attorneys for Alief Independent School District
City of Houston and International Management District

Jason A. Starks
Assistant Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, Texas 78711-2548
Jason.Starks@ oag.texas.gov

Attorneys for the Texas Comptroller of Public Accounts

Mark W. Thayer
Transwestern Tower
1900 West Loop South, Suite 1000
Houston, T X 77027
mthayer@gordonrees.com
Attorneys for Choice Hotels International, Inc.

Howard Marc Spector
Spector & Johnson, PLLC
12770 Coit Road, Suite 1100
Dallas, Texas 75251
hmspector@spectorjohnson.com
Attorneys for Propel Financial Services, LLC;
Propel Funding National 1, LLC and P F S Tax Lien Trust 2014-1

                                                                       */s/* Azhar Chaudhary
                                                                         Azhar M. Chaudhary