## EXHIBIT B

## *Spector & Johnson, PLLC*
12770 Coit Road
Suite 1100
Dallas, Texas 75251

Ph:(214) 365-5377         Fax:(214) 237-3380

Propel Financial Services, LLC                                November 9, 2016
P.O. Box 100350
San Antonio, Texas
78201

|              |                    | File #: | 01-03286 |
|---|---|---|---|
| **Attention:** | Monique Wagster | Inv #:  | 4680     |

RE:   Frontier Hotels - PTSD1107682, P150159542, PTSD1112813, PTSD1301515

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Oct-12-16 | Review client email re: new matter; review docket, motion and order for use of cash collateral, and schedules. | 0.60 | 195.00 | HMS |
|  | Prepare notice of appearance. | 0.10 | 32.50 | HMS |
|  | Totals | 0.70 | $227.50 |  |

### DISBURSEMENTS

|  |  |
|---|---|
| PACER/Lexis/Westlaw | 3.50 |
| Photocopies | 3.00 |
| Postage | 0.47 |
| Totals | $6.97 |

**Total Fee & Disbursements**                                          $234.47

**Balance Now Due**                                                     $234.47

TAX ID Number    26-4758440

## Spector & Johnson, PLLC
12770 Coit Road
Suite 1100
Dallas, Texas 75251

Ph:(214) 365-5377　　　　　Fax:(214) 237-3380

Propel Financial Services, LLC　　　　　　　　　　　　　December 27, 2016
P.O. Box 100350
San Antonio, Texas
78201

|  |  |
|---|---|
| File #: | 01-03286 |
| Inv #: | 4838 |

**Attention:** Lily Valdez

**RE:** Frontier Hotels - PTSD1107682, P150159542, PTSD1112813, PTSD1301515

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Dec-01-16 | Review debtor's motion for use of cash collateral and interim orders entered. | 0.50 | 162.50 | HMS |
|  | Totals | 0.50 | $162.50 |  |

| | |
|---|---|
| **Total Fee & Disbursements** | **$162.50** |
| Previous Balance | 234.47 |
| **Balance Now Due** | **$396.97** |

TAX ID Number　　26-4758440

## Spector & Johnson, PLLC
12770 Coit Road
Suite 1100
Dallas, Texas 75251

Ph:(214) 365-5377        Fax:(214) 237-3380

Propel Financial Services, LLC        February 7, 2017
P.O. Box 100350
San Antonio, Texas
78201

File #:    01-03286
**Attention:**    Lily Valdez        Inv #:    4935

**RE:**    Frontier Hotels - PTSD1107682, P150159542, PTSD1112813, PTSD1301515

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Dec-30-16 | Review (4) proofs of claim; review all loan, lien and assignment docs. | 2.00 | 650.00 | HMS |
| Jan-09-17 | Review American National Bank's emergency motion to conditionally approve DS and plan; review bank's proposed plan and DS | 1.00 | 325.00 | HMS |
| Jan-11-17 | Prepare ballot. | 0.20 | 65.00 | HMS |
| Jan-18-17 | Draft proposed plan language to submit to American National Bank's counsel. | 1.00 | 325.00 | HMS |
| | Totals | 4.20 | $1,365.00 | |

| | |
|---|---|
| **Total Fee & Disbursements** | $1,365.00 |
| Previous Balance | 396.97 |
| Previous Payments | 162.50 |
| **Balance Now Due** | **$1,599.47** |

TAX ID Number    26-4758440

## PAYMENT DETAILS

Jan-24-17      Fees & Expenses Paid - Check # 0911000346        162.50

## *Spector & Johnson, PLLC*
12770 Coit Road
Suite 1100
Dallas, Texas 75251

Ph:(214) 365-5377					Fax:(214) 237-3380

Propel Financial Services, LLC						March 8, 2017
P.O. Box 100350
San Antonio, Texas
78201

File #:		01-03286

**Attention:**	Lily Valdez

**RE:**	Frontier Hotels - PTSD1107682, P150159542, PTSD1112813, PTSD1301515

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Mar-03-17 | Prepare fee application for reimbursement of fees and expenses pursuant to 11 U.S.C. § 506(b) and order. | 0.40 | 130.00 | HMS |
| | Totals | 0.40 | $130.00 | |

**DISBURSEMENTS**

| | | |
|---|---|---|
| Photocopies | | 41.25 |
| Postage | | 23.43 |
| Totals | | $64.68 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$194.68** |
| Previous Balance | 1,365.00 |
| **Balance Now Due** | **$1,559.68** |

TAX ID Number	26-4758440